UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTIAN RAY VILLAVERDE,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

Defendants.

Case No. 2:25-cv-02313-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 11)

*Pro* se Plaintiff Christian Ray Villaverde brings this civil rights complaint under 42 U.S.C. § 1983 for violations of his First, Fourth, and Fourteenth Amendment rights. (ECF No. 2-1.) Magistrate Judge Craig S. Denney filed a Report & Recommendation (R&R) dismissing his complaint without prejudice for failure to file a long-form IFP application after being so ordered by the Court. (ECF No. 11.) Mr. Villaverde did not object.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

The Court agrees with Judge Denney's reasoning and adopts his R&R in full. Mr. Villaverde submitted a pro se civil complaint, and the court entered an order denying his application for leave to proceed in forma pauperis. (ECF No. 6.) Plaintiff was directed to either file the long-form application or pay the filing fee within 30 days of the court's order. Plaintiff has not done either, and the time to

do so has now expired

## I. CONCLUSION

It is therefore ordered that Judge Denney's report and recommendation (ECF No. 11) is adopted in full.

It is further ordered that Plaintiff's complaint (ECF No. 2-1) is DISMISSED WITHOUT PREJUDICE.

The Clerk is kindly ordered to close this case.

Dated this 28th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE